# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-02764

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jeffrey Don Sandvig and Theresa Ann Watkins-Sandvig<br><br>Debtors. | No. 4:10-bk-01381-EWH<br><br>Chapter 13<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

     Wells Fargo Bank, N.A., by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

     DATED this 15th day of March, 2010.

                                       Respectfully submitted,

                                       TIFFANY & BOSCO, P.A.

                                       BY  /s/ MSB # 010167
                                            Mark S. Bosco
                                            Leonard J. McDonald
                                            Attorneys for Movant

COPY of the foregoing mailed
March 15, 2010 to:

Jeffrey Don Sandvig and Theresa Ann Watkins-Sandvig
21311 North Sunset Drive
Maricopa, AZ  85239
Debtors

Douglas Gardner
320 N. Leroux Street, Suite A
Flagstaff, AZ  86001
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ  85741
Trustee

By:  Ismael G. Solano